# Order

Michigan Supreme Court
Lansing, Michigan

June 4, 2021

Bridget M. McCormack,
Chief Justice

158902

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

          SC: 158902
          COA: 338985
          Wayne CC: 93-010614-FC

RODNEY DAMON BLACK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 27, 2018 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Boykin* (Docket No. 157738) and *People v Tate* (Docket No. 158695) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk

p0601